## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANGELA BENCEBI NAZARIO,

                Plaintiff,              21 **CIVIL** 10663 (PAE)(RWL)

    -v-                       **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated February 27, 2023, and for the reasons articulated in the Report, plaintiff's motion is granted and the Commissioner's cross-motion is denied and the case should be REMANDED for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
           February 28, 2023

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      **BY:**    *K. Mango*

                                                  **Deputy Clerk**